| | |
|---|---|
| 1 | MICHAEL J. AGOGLIA (CA SBN 154810) |
|   | MAgoglia@mofo.com |
| 2 | BORIS YANKILOVICH (CA 257887) |
|   | BYankilovich@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
CHASE HOME FINANCE LLC;
JPMORGAN CHASE & CO.;
HOMESALES, INC;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURENCE S. TRIEST and SYLVIA TRIEST | Case No.   C 10-05234-JCS |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| CHASE HOME FINANCE LLC, a Delaware limited liability company; JPMORGAN CHASE & CO., a Delaware corporation; HOMESALES, INC., a Delaware Corporation and DOES 1-20, | Judge:   Hon. Joseph C. Spero |
| | Complaint filed: October 5, 2010 |
| Defendants. | |

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Case No. C 10-05234-JCS
sf-2924211

Pursuant to Northern District Civil Local Rule 6-1(a), it is hereby stipulated by and between plaintiffs Laurence S. Triest and Sylvia Triest and defendants Chase Home Finance LLC, JPMorgan Chase & Co., and Homesales Inc., through their respective counsel, that the defendants shall have until and including January 10, 2011, to answer or otherwise respond to plaintiffs' complaint. There have been no previous modifications of any deadlines in this case. This stipulated extension does not alter the date of any event or deadline already fixed by Court order.

Dated: November 29, 2010

MICHAEL J. AGOGLIA
BORIS YANKILOVICH
NANCY R. THOMAS
MORRISON & FOERSTER LLP

By: /s/ Nancy R. Thomas
Nancy R. Thomas

Attorneys for Defendants
CHASE HOME FINANCE LLC;
JPMORGAN CHASE & CO.;
HOMESALES, INC;

Dated: November 29, 2010

ANDREW H. WILSON
WILSON & CAMPILONGO LLP

By: /s/ Andrew H. Wilson
Andrew H. Wilson

Attorneys for Plaintiffs
LAURENCE S. TRIEST and
SYLVIA TRIEST

Dated: Nov. 30, 2010

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

| | |
|---|---|
| 1 | I, Nancy R. Thomas, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Andrew H. Wilson has concurred in this filing. |

Dated: November 29, 2010

NANCY R. THOMAS
MORRISON & FOERSTER LLP


By:   /s/ Nancy R. Thomas
      Nancy R. Thomas

Attorneys for Defendants
CHASE HOME FINANCE LLC;
HOMESALES, INC.;
JPMORGAN CHASE & CO.