MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
BORIS YANKILOVICH (CA SBN 257887)
BYankilovich@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
CHASE HOME FINANCE LLC;
JPMORGAN CHASE & CO.;
HOMESALES, INC;
DOES 1-20.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURENCE S. TRIEST AND SYLVIA TRIEST<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, a Delaware limited liability company; JPMORGAN CHASE & CO., a Delaware corporation; HOMESALES, INC., a Delaware Corporation and DOES 1-20,<br><br>Defendants. | Case No. 10-cv-05234-PJH<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Hon. Phyllis J. Hamilton<br>Complaint filed: October 5, 2010 |

1   For the reasons set forth in the Stipulation Re Continuance of Defendants' Deadline to
2   Respond to Complaint and Date of Case Management Conference filed herewith, the Court finds
3   good cause and hereby continues the current case deadlines as follows:
4       Defendants' deadline to respond to the Complaint:     April 11, 2011
5       Case Management Conference:     June ~~1~~ 2, 2011 at ~~1:30~~ 2:00 p.m.

6

7   **IT IS SO ORDERED.**

8   Dated: __January 14__, 2011.

9       _____
    Hon. Phyllis J. Hamilton
10  United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[PROPOSED] ORDER GRANTING CONTINUANCE OF DEFENDANTS' DEADLINE TO RESPOND TO
COMPLAINT AND DATE OF CASE MANAGEMENT CONFERENCE     1
Case No. 10-cv-05234-PJH
sf-2941290