MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
BORIS YANKILOVICH (CA SBN 257887)
BYankilovich@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
CHASE HOME FINANCE LLC;
JPMORGAN CHASE & CO.;
HOMESALES, INC;
DOES 1-20.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURENCE S. TRIEST AND SYLVIA TRIEST<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, a Delaware limited liability company; JPMORGAN CHASE & CO., a Delaware corporation; HOMESALES, INC., a Delaware Corporation and DOES 1-20,<br><br>Defendants. | Case No. 10-cv-05234-PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING SECOND CONTINUANCE OF DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT AND DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Hon. Phyllis J. Hamilton<br>Complaint filed: October 5, 2010 |

1  For the reasons set forth in the Stipulation Re Second Continuance of Defendants'
2  Deadline to Respond to Complaint and Date of Case Management Conference filed herewith, the
3  Court finds good cause and hereby continues the current case deadlines as follows:
4  Defendants' deadline to respond to the Complaint:   June 15, 2011
5  Case Management Conference:   August 4, 2011 at 2:00 p.m.

7  **IT IS SO ORDERED.**

9  Dated: April 14 _____, 2011.

_____
Hon. [signature: IT IS SO ORDERED / Judge Phyllis J. Hamilton]
United States District Court, Northern District of California

[PROPOSED] ORDER GRANTING CONTINUANCE OF DEFTS' DEADLINE TO RESPOND TO COMPLAINT & DATE OF CMC
Case No. 10-CV-05234-PJH
sf-2941290

1